Laurence P. Lubka, Esq., SBN 103752
HUNT ORTMANN PALFFY NIEVES
LUBKA DARLING & MAH, INC.
301 North Lake Avenue, 7th Floor
Pasadena, California 91101-1807
Phone: (626) 440-5200   Fax: (626) 796-0107
lubka@huntortmann.com

Attorneys for Berger Bros., Inc.

ORIGINAL FILED
07 OCT 11 AM 10: 03
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA for the use and benefit of BERGER BROS., INC., a California Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>DICK/MORGANTI, a California joint venture; DICK CORPORATION, a Pennsylvania corporation; THE MORGANTI GROUP, INC., a Connecticut corporation; AMERICAN CASUALTY COMPANY OF READING, PENNSYLVANIA, a Pennsylvania corporation; NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURG, PA, a Pennsylvania corporation; CONTINENTAL CASUALTY COMPANY, an Illinois corporation.<br><br>Defendants. | CASE NO. C 07 5108 JSW<br><br>**NOTICE OF PENDENCY OF OTHER ACTIONS OR PROCEEDINGS [CIVIL LOCAL RULE 3-13(a)]**<br><br>*[Assigned to the Hon. Jeffrey S. White, Courtroom 2]* |

Per Civil Local Rule 3-13(a), Plaintiff Berger Bros., Inc. is aware of three related cases.

The first related case is filed in the United States District Court, Northern District of California, San Francisco Division and is entitled *United States of America for the Use and Benefit of Webcor Construction, Inc. v. Dick/Morganti, et al.*, Case No. C-07-2564-CRB. The case was filed by Webcor Construction, Inc. dba Webcor Builders ("Webcor"), on or about May 15, 2007, for breach of contract, enforcement of a Miller Act payment bond and quantum meruit. On information and belief, Berger Bros. alleges that the first related case concerns the General Services Administration federal building located at the corner of Seventh and Mission Streets in San Francisco and is brought by Webcor, a subcontractor on said project, for failure of the general contractor, Dick/Morganti, to pay sums due and owing under Webcor's subcontract. The case is currently pending before the Honorable Charles R. Breyer, United States District Judge Presiding.

The second related case is filed in the United States District Court, Northern District of California, San Francisco Division and is entitled *United States of America for the Use and Benefit of Bay Area Reinforcing v. Dick/Morganti, et al.*, Case No. 07-3096-JL. The case was filed by Bay Area Reinforcing, on or about June 13, 2007, for breach of contract, enforcement of a Miller Act payment bond, and for labor and materials supplied. On information and belief, Berger Bros., alleges that the second related case concerns the General Services Administration federal building located at the corner of Seventh and Mission Streets in San Francisco and is brought by Bay Area Reinforcing, a subcontractor on said project, for failure of the general contractor, Dick/Morganti, to pay sums due and owing under Bay Area Reinforcing's subcontract. The case is currently pending before the Honorable James Larson, United States District Magistrate Judge Presiding.

The third related case is filed in the United States District Court, Northern District of California, San Francisco Division and is entitled *United States of America*

1  *for the Use and Benefit of Performance Contracting, Inc. v. Dick/Morganti, et al.*, Case No. C-07-4180-EDL. The case was filed by Performance Contracting, Inc. on or about August 15, 2007, for breach of contract, enforcement of a Miller Act payment bond and unjust enrichment. On information and belief, Berger Bros., alleges that the second related case concerns the General Services Administration federal building located at the corner of Seventh and Mission Streets in San Francisco and is brought by Performance Contracting, a subcontractor on said project, for failure of the general contractor, Dick/Morganti, to pay sums due and owing under Performance Contracting, Inc.'s subcontract. The case is currently pending before the Honorable Elizabeth D. Laporte, United States District Magistrate Judge Presiding.

All of the related cases and the instant case involve the General Services Administration building in San Francisco and are brought by subcontractors who worked on the project. All of the cases involve claims by subcontractors for nonpayment under their respective subcontracts against the general contractor and the sureties that provided the payment bond. The cases involve the same subject matter and substantially all of the same parties.

Berger Bros., Inc. alleges on information and belief that consolidated the instant case with the aforementioned three related cases before Judge Breyer in Case No. C-07-2564-CRB would avoid conflicts, conserve resources, and promote an efficient determination of the actions.

DATED: October 10, 2007           HUNT ORTMANN PALFFY NIEVES
                                  LUBKA DARLING & MAH, INC.

                                  By _____
                                     LAURENCE P. LUBKA
                                  Attorneys for Berger Bros., Inc.