1  RAYMOND M. BUDDIE    (SBN 121353)
   RICK W. GRADY         (SBN 235976)
2  PECKAR & ABRAMSON, P.C.
3  455 Market Street, 21st Floor
   San Francisco, California 94105
4  Telephone: (415) 837-1968
   Facsimile: (415) 837-1320
5  Email: rbuddie@pecklaw.com
          rgrady@pecklaw.com
6

7  Attorneys for DICK/MORGANTI; DICK CORPORATION; THE MORGANTI GROUP, INC.;
   AMERICAN CASUALTY COMPANY OF READING, PENNSYLVANNIA; NATIONAL UNION
8  FIRE INSURANCE COMPANY OF PITTSBURGH, PA; and CONTINENTAL CASUALTY
   COMPANY.

9

10                          UNITED STATES DISTRICT COURT

11                  NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

12  | UNITED STATES of AMERICA for the Use and Benefit of BERGER BROS.,INC., a California Corporation | Case No.: C-07-5108 |
    |---|---|
    | Plaintiffs, | **STIPULATION TO EXTEND RESPONSE DEADLINE** [Rule 6-1(a), Civil Local Rules, Northern District of California] |
    | vs. | |
    | DICK/MORGANTI, a California joint venture; DICK CORPORATION, a Pennsylvania corporation; THE MORGANTI GROUP, INC., a Connecticut corporation; AMERICAN CASUALTY COMPANY OF READING, PENNYSYLVANNIA, a Pennsylvania corporation; NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, a Pennsylvania corporation; CONTINENTAL CASUALTY COMPANY, an Illinois corporation, | Action Filed: October 4, 2007<br>Trial Date: TBD |
    | Defendants. | |

23

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

                                            1

1  The parties hereto stipulate that good cause exists to extend the time for Defendants
2  DICK/MORGANTI; DICK CORPORATION; THE MORGANTI GROUP, INC.; AMERICAN
3  CASUALTY COMPANY OF READING, PENNSYLVANNIA; NATIONAL UNION FIRE
4  INSURANCE COMPANY OF PITTSBURGH, PA; and CONTINENTAL CASUALTY
5  COMPANY (collectively "Defendants") to answer the Complaint filed herein by Plaintiff
6  UNITED STATES OF AMERICA for the use and benefit of BERGER BROS, INC. ("Plaintiff")
7  to and including November 27, 2007.

   This stipulation will not alter the date of any event or any deadline already fixed by Court order.

Dated: November 9, 2007

HUNT ORTMANN PALFFY NIEVES
LUBKA DARLING & MAH, INC.

By: _____
    Pedram Minoofar
    Laurence P. Lubka
    Attorneys for BERGER BROS, INC

Dated: Nov. 9, 2007

PECKAR & ABRAMSON, P.C.

By: _____
    Raymond M. Buddie
    Rick W. Grady
    Attorneys for DICK/MORGANTI

Dated: Nov. 9, 2007

PECKAR & ABRAMSON, P.C.

By: _____
    Raymond M. Buddie
    Rick W. Grady
    Attorneys for DICK CORPORATION

2
STIPULATION TO EXTEND RESPONSE DEADLINE                    Case No.: C-07-5108
50590.01/11/08/07/VSORIANO

LAW OFFICES
Peckar &
Abramson
A Professional Corporation

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: ~~October~~ Nov. 9, 2007 | PECKAR & ABRAMSON, P.C. |
| 3 | | |
| 4 | | By: /s/ |
| 5 | | Raymond M. Buddie |
| 6 | | Rick W. Grady |
| 7 | | Attorneys for THE MORGANTI GROUP, INC. |

Dated: ~~October~~ Nov. 9, 2007

PECKAR & ABRAMSON, P.C.

By: /s/
Raymond M. Buddie
Rick W. Grady
Attorneys for AMERICAN CASUALTY COMPANY OF READING, PENNYSYLVANNIA

Dated: ~~October~~ Nov. 9, 2007

PECKAR & ABRAMSON, P.C.

By: /s/
Raymond M. Buddie
Rick W. Grady
Attorneys for NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURG, PA

Dated: ~~October~~ Nov. 9, 2007

PECKAR & ABRAMSON, P.C.

By: /s/
Raymond M. Buddie
Rick W. Grady
Attorneys for CONTINENTAL CASUALTY COMPANY

3

LAW OFFICES
Peckar & Abramson
A Professional Corporation

STIPULATION TO EXTEND RESPONSE DEADLINE
50590.01/11/08/07/VSORIANO

Case No.: C-07-5108