1  RAYMOND M. BUDDIE      (SBN 121353)
   RICK W. GRADY          (SBN 235976)
2  PECKAR & ABRAMSON, P.C.
   455 Market Street, 21st Floor
3  San Francisco, California 94105
   Telephone: (415) 837-1968
4  Facsimile: (415) 837-1320
   Email:  rbuddie@pecklaw.com
5          rgrady@pecklaw.com

6
   Attorneys for DICK/MORGANTI; DICK CORPORATION; THE MORGANTI GROUP, INC.;
7  AMERICAN CASUALTY COMPANY OF READING, PENNSYLVANNIA; NATIONAL UNION
   FIRE INSURANCE COMPANY OF PITTSBURGH, PA; and CONTINENTAL CASUALTY
8  COMPANY.

9
                    UNITED STATES DISTRICT COURT
10
11         NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

12  UNITED STATES of AMERICA for the Use and      Case No.: C-07-5108
    Benefit of BERGER BROS.,INC., a California
13  Corporation
                        Plaintiffs,              **PROOF OF SERVICE**
14
15  vs.                                          Action Filed:   October 4, 2007
                                                 Trial Date:     TBD
16  DICK/MORGANTI, a California joint venture;
    DICK CORPORATION, a Pennsylvania
17  corporation; THE MORGANTI GROUP, INC., a
    Connecticut corporation; AMERICAN
18  CASUALTY COMPANY OF READING,
    PENNYSYLVANNIA, a Pennsylvania
19  corporation; NATIONAL UNION FIRE
    INSURANCE COMPANY OF PITTSBURGH,
20  PA, a Pennsylvania corporation; CONTINENTAL
    CASUALTY COMPANY, an Illinois corporation,
21
22                      Defendants.

23

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /                                1

50709.01/11/09/07/VSORIANO

LAW OFFICES

Peckar &
Abramson
A Professional Corporation

## PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is PECKAR & ABRAMSON, 455 Market Street, 21st Floor, San Francisco, California 94105. On February 20, 2007, I served the within documents:

**STIPULATION TO EXTEND RESPONSES DEADLINE [RULE (A), CIVIL LOCAL RULES, NORTHERN DISTRICT OF CALIFORNIA]**

☒ by sending the document(s) listed above via electronic transmission (e-mail) to the parties set forth below:

Laurence P. Lubka, Esq.
Pedram Minoofar
Hunt Ortmann Palffy Nieves
Lubka Darling & Mah, Inc.
301 North Lake Avenue, 7th Floor
Pasadena, California 91101-1807
Telephone: (626) 440-5200
Facsimile: (626) 796-0107
*Attorney for Berger Bros., Inc.*

I am readily familiar with the firm's practice of collection and processing correspondence for mailing and Fed Ex. Under these practices it would be deposited with U.S. Postal Service or Fed Ex on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☒ (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on November 9, 2007, at San Francisco, California.

| Sabina van Kempen | /s/ Sabina van Kempen |
|---|---|
| Printed Name | Signature Line |

LAW OFFICES
Peckar &
Abramson
A Professional Corporation

50709.01/11/09/07/VSORIANO

PROOF OF SERVICE                                        Case No.: C-07-5108