1  RAYMOND M. BUDDIE   (SBN 121353)
   RICK W. GRADY       (SBN 235976)
2  PECKAR & ABRAMSON, P.C.
3  455 Market Street, 21st Floor
   San Francisco, CA 94105
4  Telephone: (415) 837-1968
5  Facsimile: (415) 837-1320

6  Attorneys for Defendants, DICK/MORGANTI; DICK CORPORATION; THE MORGANTI
   GROUP, INC.; AMERICAN CASUALTY COMPANY OF READING, PENNSYLVANIA;
7  NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA; and
8  CONTINENTAL CASUALTY COMPANY

9                       UNITED STATES DISTRICT COURT
10                     NORTHERN DISTRICT OF CALIFORNIA
11                          SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES of AMERICA for the Use and Benefit of BERGER BROS., INC., a California Corporation<br><br>Plaintiffs,<br><br>vs.<br><br>DICK/MORGANTI, a California joint venture; DICK CORPORATION, a Pennsylvania corporation; THE MORGANTI GROUP, INC., a Connecticut corporation; AMERICAN CASUALTY COMPANY OF READING, PENNYSYLVANNIA, a Pennsylvania corporation; NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, a Pennsylvania corporation; CONTINENTAL CASUALTY COMPANY, an Illinois corporation,<br><br>Defendants. | Case No.: C-07-5108-JSW<br><br>**NOTICE OF SETTLEMENT AND JOINT REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE**<br><br>Action Filed: October 4, 2007<br>Trial Date:   TBD |

---

1
NOTICE OF SETTLEMENT AND JOINT REQUEST FOR CONTINUANCE OF CASE MANAGEMENT
CONFERENCE                                          Case No.: C-07-5108-JSW
51159.01/4360-180020/P

LAW OFFICES
Peckar &
Abramson
A Professional Corporation

1    Counsel for Plaintiff and Defendants in the above-captioned matter hereby jointly
2  provide the Court notice that the parties have reached a settlement agreement whereby, assuming
3  the satisfaction of certain conditions, this case will be dismissed, in its entirety and with
4  prejudice, on or before May 30, 2008. The parties request that the next case management
5  conference be scheduled for a date after May 30, 2008 and that this case be administratively
6  closed until such time that either the dismissal is filed, or one of the parties notifies the Court that
7  the settlement was not completed.

Dated: January 7, 2008

HUNT ORTMANN BLASCO PALFFY
& ROSSELL INC

By: _____
Laurence P. Lubka
Pedram Minoofar
Attorneys for Plaintiff, BERGER BROS., INC.

Dated: January 7, 2008

PECKAR & ABRAMSON, P.C.

By: _____
Raymond M. Buddie (SBN 121353)
Rick W. Grady (SBN 235976)
Attorneys for Defendants,
DICK/MORGANTI; DICK
CORPORATION; THE MORGANTI
GROUP, INC.; AMERICAN CASUALTY
COMPANY OF READING,
PENNSYLVANIA; NATIONAL UNION
FIRE INSURANCE COMPANY OF
PITTSBURGH, PA; and CONTINENTAL
CASUALTY COMPANY

2
NOTICE OF SETTLEMENT AND JOINT REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE    Case No.: C-07-5108-JSW
51159.01/4360-180020/P

LAW OFFICES
Peckar & Abramson
A Professional Corporation