1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES of AMERICA for the Use and Benefit of BERGER BROS., INC., a California Corporation<br><br>            Plaintiffs,<br><br>vs.<br><br>DICK/MORGANTI, a California joint venture; DICK CORPORATION, a Pennsylvania corporation; THE MORGANTI GROUP, INC., a Connecticut corporation; AMERICAN CASUALTY COMPANY OF READING, PENNYSYLVANNIA, a Pennsylvania corporation; NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, a Pennsylvania corporation; CONTINENTAL CASUALTY COMPANY, an Illinois corporation,<br><br>            Defendants. | Case No.: C-07-5108-JSW<br><br>**[PROPOSED] ORDER FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE AND ADMINISTRATIVE STAY**<br><br>Action Filed:  October 4, 2007<br>Trial Date:      TBD |

LAW OFFICES

Peckar &
Abramson
A Professional Corporation

1

[PROPOSED] ORDER FOR CONTINUANCE OF CASE MANAGEMENT
CONFERENCE AND ADMINISTRATIVE STAY

Case No.:
C-07-5108-JSW

51166.01/4360-180020/P

1    The Court, having considered the January 7, 2008 NOTICE OF SETTLEMENT AND

2    JOINT REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE filed

3    by Plaintiff and Defendants wherein the parties requested that the Case Management Conference

4    for this case be continued until a date after May 30, 2008, and good cause appearing, hereby

5    continues the Case Management Conference set for January 11, 2008 until June _____, 2008 at

6    _____.  The Court furthermore orders that this case shall be administratively closed until

7    such time that either a dismissal is filed or one of the parties notifies the Court that the settlement

8    was not completed.

9

10    **IT IS SO ORDERED.**

11

12    Dated: _____, 2008          _____

13                                                                        United States District Court Judge
                                                                          Northern District Court of California

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LAW OFFICES

Peckar &
Abramson
A Professional Corporation

[PROPOSED] ORDER FOR CONTINUANCE OF CASE MANAGEMENT
CONFERENCE AND ADMINISTRATIVE STAY
51166.01/4360-180020/P

Case No.:
C-07-5108-JSW