1  RAYMOND M. BUDDIE     (SBN 121353)
   RICK W. GRADY         (SBN 235976)
2  PECKAR & ABRAMSON, P.C.
3  455 Market Street, 21st Floor
   San Francisco, California 94105
4  Telephone: (415) 837-1968
   Facsimile:  (415) 837-1320
5  Email:  rbuddie@pecklaw.com
           rgrady@pecklaw.com
6
7  Attorneys for DICK/MORGANTI; DICK CORPORATION; THE MORGANTI GROUP, INC.;
   AMERICAN CASUALTY COMPANY OF READING, PENNSYLVANNIA; NATIONAL UNION
8  FIRE INSURANCE COMPANY OF PITTSBURGH, PA; and CONTINENTAL CASUALTY
   COMPANY.
9

10                     UNITED STATES DISTRICT COURT

11         NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

12 | UNITED STATES of AMERICA for the Use and | Case No.: C-07-5108-JSW
   | Benefit of BERGER BROS.,INC., a California |
13 | Corporation |
   |         Plaintiffs, | **PROOF OF SERVICE**
14 |  |
   | vs. | Action Filed:   October 4, 2007
15 |  | Trial Date:     TBD
16 | DICK/MORGANTI, a California joint venture; |
   | DICK CORPORATION, a Pennsylvania |
17 | corporation; THE MORGANTI GROUP, INC., a |
   | Connecticut corporation; AMERICAN |
18 | CASUALTY COMPANY OF READING, |
   | PENNYSYLVANNIA, a Pennsylvania |
19 | corporation; NATIONAL UNION FIRE |
   | INSURANCE COMPANY OF PITTSBURGH, |
20 | PA, a Pennsylvania corporation; CONTINENTAL |
   | CASUALTY COMPANY, an Illinois corporation, |
21 |  |
22 |         Defendants. |

23
24
25
26
27
28

**PROOF OF SERVICE**

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is PECKAR & ABRAMSON, 455 Market Street, 21st Floor, San Francisco, California 94105. On January 8, 2008, I served the within documents:

**[PROPOSED] ORDER FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE AND ADMINISTRATIVE STAY**

☒ by sending the document(s) listed above via electronic transmission (e-mail) to the parties set forth below:

> Laurence Philip Lubka, Esq.
> Pedram Minoofar, Esq.
> Hunt Ortmann Blasco Palffy & Rossell, Inc.
> 301 North Lake Avenue, Suite 700
> Pasadena, CA 91101
> Telephone:    (626) 440-5200
> Facsimile:    (626) 796-0107
> ***Attorneys for Plaintiff, Berger Bros., Inc.***

☐ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California at the address(es) set forth below.

I am readily familiar with the firm's practice of collection and processing correspondence for mailing and Fed Ex. Under these practices it would be deposited with U.S. Postal Service or Fed Ex on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☒ (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on January 8, 2008, at San Francisco, California.

| Marissa Y. Otellini | /s/ Marissa Y. Otellini |
|---|---|
| Printed Name | Signature Line |