1
2
3
4
5
6
7
8
9
10
11

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES of AMERICA for the Use and Benefit of BERGER BROS., INC., a California Corporation<br><br>              Plaintiffs,<br><br>vs.<br><br>DICK/MORGANTI, a California joint venture; DICK CORPORATION, a Pennsylvania corporation; THE MORGANTI GROUP, INC., a Connecticut corporation; AMERICAN CASUALTY COMPANY OF READING, PENNYSYLVANNIA, a Pennsylvania corporation; NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, a Pennsylvania corporation; CONTINENTAL CASUALTY COMPANY, an Illinois corporation,<br><br>              Defendants. | Case No.: C-07-5108-JSW<br><br>[PROPOSED] ORDER FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE AND ADMINISTRATIVE STAY<br><br>Action Filed:   October 4, 2007<br>Trial Date:     TBD |

LAW OFFICES
Peckar & Abramson
A Professional Corporation

1

[PROPOSED] ORDER FOR CONTINUANCE OF CASE MANAGEMENT
CONFERENCE AND ADMINISTRATIVE STAY
51166.01/4360-180020/P

Case No.:
C-07-5108-JSW

1   The Court, having considered the January 7, 2008 NOTICE OF SETTLEMENT AND
2   JOINT REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE filed
3   by Plaintiff and Defendants wherein the parties requested that the Case Management Conference
4   for this case be continued until a date after May 30, 2008, and good cause appearing, hereby
5   continues the Case Management Conference set for January 11, 2008 until June  6 , 2008 at
6    1:30pm . The Court furthermore orders that this case shall be administratively closed until
7   such time that either a dismissal is filed or one of the parties notifies the Court that the settlement
8   was not completed.

10  **IT IS SO ORDERED.**

12  Dated:  January 8 , 2008        *Jeffrey S. White*
13                                  United States District Court Judge
                                    Northern District Court of California

LAW OFFICES
Peckar & Abramson
A Professional Corporation

2
[PROPOSED] ORDER FOR CONTINUANCE OF CASE MANAGEMENT
CONFERENCE AND ADMINISTRATIVE STAY
51166.01/4360-180020/P

Case No.:
C-07-5108-JSW