Laurence P. Lubka, Esq., SBN 103752
Pedram Minoofar, Esq., SBN 198599
HUNT ORTMANN PALFFY NIEVES
LUBKA DARLING & MAH, INC.
301 North Lake Avenue
Seventh Floor
Pasadena, California 91101-1807
Phone: (626) 440-5200   Fax: (626) 796-0107
lubka@huntortmann.com

Attorneys for Berger Bros., Inc.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA for the use and benefit of BERGER BROS., INC., a California Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>DICK/MORGANTI, a California joint venture; DICK CORPORATION, a Pennsylvania corporation; THE MORGANTI GROUP, INC., a Connecticut corporation; AMERICAN CASUALTY COMPANY OF READING, PENNSYLVANIA, a Pennsylvania corporation; NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURG, PA, a Pennsylvania corporation; CONTINENTAL CASUALTY COMPANY, an Illinois corporation.<br><br>Defendants. | CASE NO. C-07-5108-JSW<br><br>**STIPULATION FOR DISMISSAL**<br><br>**[FRCP Rule 41]**<br><br>*[Assigned to the Hon. Jeffrey S. White, Courtroom 2]* |

**IT IS HEREBY STIPULATED** by and between the parties, through their respective counsel, that the above-entitled matter be dismissed ***with prejudice*** pursuant to *Federal Rules of Civil Procedure,* Rule 41(a)(1), with each party to bear its own attorneys fees and costs. The parties respectfully request that the Court issue an order in conformance with the parties' stipulation.

DATED: June 4, 2008

HUNT ORTMANN PALFFY NIEVES
LUBKA DARLING & MAH, INC.

By _____
PEDRAM MINOOFAR
Attorneys for Berger Bros., Inc.

DATED: June 4, 2008

PECKAR & ABRAMSON, P.C.

By _____
RAYMOND M. BUDDIE
RICK W. GRADY
Attorneys for DICK/MORGANTI; DICK CORPORATION; THE MORGANTI GROUP, INC.; AMERICAN CASUALTY COMPANY OF READING, PENNSYLVANIA; NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURG, PA; and CONTINENTAL CASUALTY COMPANY
HUNT ORTMANN PALFFY NIEVES LUBKA DARLING & MAH, INC.
301 NORTH LAKE AVENUE, 7TH FLOOR
PASADENA, CALIFORNIA 91101-1807
Phone (626) 440-5200 • Fax (626) 796-0107

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 301 North Lake Avenue, 7th Floor, Pasadena, California 91101-1807.

On June 5, 2008, I served the following document(s) described as **STIPULATION FOR DISMISSAL** on the interested parties in this action by placing true copies thereof enclosed in sealed envelopes addressed as follows:

> Rick W. Grady
> ALLEN MATKINS LECK GAMBLE
> MALLORY & NATSIS, LLP
> Three Embarcadero Center
> 12th Floor
> San Francisco, CA 94111

**BY MAIL:** I am "readily familiar" with Hunt Ortmann Palffy Nieves Darling & Mah, Inc.'s practice for collecting and processing correspondence for mailing with the United States Postal Service. Under that practice, it would be deposited with the United States Postal Service that same day in the ordinary course of business. Such envelope(s) were placed for collection and mailing with postage thereon fully prepaid at Pasadena, California, on that same day following ordinary business practices.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on June 5, 2008, at Pasadena, California.

_____
Nancy Aguayo

157355.1 PXM

C 07 5108 JSW

STIPULATION FOR DISMISSAL